IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:19-mj-232 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIELLE DEANN LASLEY-EAKINS, ) | DEFENDANT'S APPEAL |
| ) | OF DETENTION ORDER |
| Defendant. ) | |

Defendant Danielle Deann Lasley-Eakins, through counsel, requests pursuant to 18 U.S.C. § 3145(b) that the court review the detention order issued by the Honorable Helen C. Adams on April 3, 2019.  In support of this motion, the defendant states as follows:

1. Ms. Lasley-Eakins has strong family ties, with two potential third party custodians who are willing to assume the responsibility.

2. There is no risk of flight, Ms. Lasley-Eakins is 40 years old and has resided in Iowa her entire life.

3. Any risk of danger to the community can be allayed by treatment for Ms. Lasley-Eakins' substance abuse and mental health issues.

4. Defense counsel has ordered the transcript of the detention hearing from the court reporter.

Defendant Danielle Deann Lasley-Eakins respectfully requests that the court review the order of United States Magistrate Judge Helen C. Adams and order the defendant released on appropriate conditions pending trial.

/s/ B. John Burns

B. John Burns, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: b._john_burns@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on April 10, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/ Mindy Guynn